LINDA PALERMO *v.* BRIDGEPORT HOSPITAL ET AL.
(7767)

BORDEN, DALY and LAVERY, Js.

Argued February 6—decision released February 15, 1990

*Linda Palermo,* pro se, the appellant (plaintiff).

*William B. Rush,* with whom was *Thomas W. Witherington,* for the appellees (defendants).

PER CURIAM. We have carefully considered the claim of error in the plaintiff's appeal. Our review of the record and briefs, coupled with an analysis of the claim of error by the plaintiff, indicates that the trial court did not err in directing a verdict in favor of the defendants on both counts of the plaintiff's complaint.

There is no error.